# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

LANDON INNOVATIONS, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",

    Defendants.

No. 21-cv-6044

Judge Matthew F. Kennelly

Magistrate Judge Beth W. Jantz

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on December 5 and 6, 2021, I caused this Certificate of Service, Plaintiff's Motion for Preliminary Injunction [15] and its supporting Memorandum of Law [15-1] to be served upon all defendants whose addresses were supplied to Plaintiff by e-commerce platforms Alibaba, Aliexpress, Amazon, DHgate, eBay, NewEgg, Shopify, Wish, PayPal and Stripe pursuant to Subpoena and the Temporary Restraining Order entered in this matter, other than defendants who have been previously dismissed pursuant to settlement. The email also contained a link to the public OneDrive maintained by Plaintiff that contains the pleadings filed in this matter.

Dated: December 6, 2021

    Respectfully submitted,

    /s/James E. Judge
    Zareefa B. Flener (IL Bar No. 6281397)
    James E. Judge (IL Bar No. 6243206)
    Flener IP Law, LLC
    77 W. Washington St., Suite 800
    Chicago IL 60602
    (312) 724-8874
    jjudge@fleneriplaw.com