# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

LANDON INNOVATIONS, LLC,

      Plaintiff,                     No. 21-cv-6044

v.

THE PARTNERSHIPS AND           Judge Matthew F. Kennelly
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",       Magistrate Judge Beth W. Jantz

      Defendants.

## **CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on January 5 and 6, 2022, I caused this Certificate of Service, Plaintiff's Motion for Preliminary Injunction [15] and its supporting Memorandum of Law [15-1] to be served upon all defendants whose addresses were supplied to Plaintiff by e-commerce platforms Alibaba, Aliexpress, Amazon, DHgate, eBay, NewEgg, Shopify, Wish, PayPal and Stripe pursuant to Subpoena and the Temporary Restraining Order entered in this matter, other than defendants who have been previously dismissed pursuant to settlement. The email also contained a link to the public OneDrive maintained by Plaintiff that contains the pleadings filed in this matter.

Dated: January 6, 2021

                                           Respectfully submitted,

                                           /s/James E. Judge
                                           Zareefa B. Flener (IL Bar No. 6281397)
                                           James E. Judge (IL Bar No. 6243206)
                                           Flener IP Law, LLC
                                           77 W. Washington St., Suite 800
                                           Chicago IL 60602
                                           (312) 724-8874
                                           jjudge@fleneriplaw.com