# Schedule A

| Def # | Merchant name | Merchant id | Merchant URL |
|---|---|---|---|
| 8 | JYD (Shenzhen) Technology Co., Ltd. | jianyada | https://jianyada.en.alibaba.com |
| 141 | v9x310 | A18YDDBY10OWVT | https://www.ebay.it/usr/dingzenggui545 |
| 153 | Oriental Pro | A1H4UKXS1VWN7I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1H4UKXS1VWN7I, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1H4UKXS1VWN7I |
| 184 | ElectronicNova | A2001RMPWQ51L2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2001RMPWQ51L2 |
| 202 | RuoHUAf | A2MZOL7AJJ2IMI | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2MZOL7AJJ2IMI, https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MZOL7AJJ2IMI |
| 203 | sihaina | A2NKGP0I0ZBPPY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NKGP0I0ZBPPY |
| 222 | ForwardFour | A2YZ78HG8D3T51 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YZ78HG8D3T51 |
| 235 | GouQiangLine5 | A38F36OA2DTU73 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38F36OA2DTU73 |
| 249 | And Taihang Construction | A3IMX13DHIG98H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3IMX13DHIG98H |
| 256 | greatbeck | A3R4T8ADHU69R8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3R4T8ADHU69R8 |
| 282 | julik141rajv | AHZ1H9TPXB22N | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AHZ1H9TPXB22N, https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AHZ1H9TPXB22N |
| 300 | FuYuanStore | AYL5QCF0CLI9Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYL5QCF0CLI9Q |
| 307 | blackgirlya | blackgirlya | https://www.ebay.com/usr/blackgirlya |
| 329 | lahirsandakelu_6 | lahirsandakelu_6 | https://www.ebay.com/usr/lahirsandakelu_6 |
| 341 | thusst-0 | thusst-0 | https://www.ebay.com/usr/thusst-0 |